UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Case No. 09-58346 |
| | Chapter 13 |
| | Hon: Phillip J. Shefferly |
| CHRISTOPHER MICHAEL CHAMBE | |
| & | |
| TAMMY LOUISE CHAMBE | |
| Debtors. | |
| _____/ | |
| CHRISTOPHER MICHAEL CHAMBE | Adversary No. 09-05870 |
| & | |
| TAMMY LOUISE CHAMBE | |
| Plaintiffs, | |
| v. | |
| CPCC DELAWARE STATUTORY TRUST, | |
| Defendant. | |
| _____/ | |

**CERTIFICATE OF SERVICE OF**
**SUMMONS AND COMPLAINT IN AN ADVERSARY PROCEEDING**

I, Christopher F. Nelson, of OSIPOV BIGELMAN, P.C., 20700 Civic Center Drive, Suite 310, Southfield, MI 48076 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on August 27, 2009, I served a copy of the within Summons, together with a copy of the Complaint, by first class mail on:

CPCC Delaware Statutory Trust
270 Park Avenue
New York, NY 10017
Certified Mail No. 7005 1820 0003 4865 5754

Chase Home Finance, LLC
Agent for CPCC Delaware Statutory Trust
3415 Vision Drive
Columbus, OH 43219
Certified Mail No. 7005 1820 0003 4865 5785

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on August 27, 2009 | /s/ Christopher F. Nelson |
| | Christopher F. Nelson (P70034) |
| | 20700 Civic Center Drive, Suite 310 |
| | Southfield, MI 48076 |
| | (248) 663-1800 |
| | cfn@osbig.com |